IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| XIAOHUA HUANG, | § | |
|---|---|---|
| | § | |
| | § | Case No. 2:15-CV-01413-JRG-RSP |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| HUAWEI TECHNOLOGIES CO., LTD., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Report and Recommendation filed by Magistrate Judge Payne on November 22, 2016 (Dkt. 134) recommending that Defendant Huawei's Motion for Summary Judgment (Dkt. 105) be granted. Having considered the Objections filed by Plaintiff Xiaohua Huang (Dkt. 144) and finding them to be without sufficient merit, the Recommendation is adopted.

**IT IS ORDERED** that the Motion for Summary Judgment (Dkt. 105) is **GRANTED**. Plaintiff's claims are hereby **DISMISSE**D.

**So ORDERED and SIGNED this 7th day of December, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE